***UNITED STATES DISTRICT COURT***
*DISTRICT OF PUERTO RICO*
*U.S. PROBATION AND PRETRIAL OFFICE*

***EUSTAQUIO BABILONIA***
*CHIEF U.S. PROBATION OFFICER*

*Pretrial and Post Conviction Supervision Division*
*FEDERICO DEGETAU FEDERAL OFFICE BLDG.*
*150 CARLOS CHARDON AVE., SUITE 400*
*SAN JUAN, P.R. 00918-1741*
*TEL. (787) 766-5596*
*FAX (787) 766-5945*

*Court Services Division*
*FEDERICO DEGETAU FEDERAL OFFICE BLDG.*
*150 CARLOS CHARDON AVE., SUITE 691*
*SAN JUAN, P.R. 00918-1724*
*TEL. (787) 772-3300*
*FAX (787) 766-5651*

June 21, 2016

Eileen Kelly, Chief
U. S. Probation Officer
United States Probation Office
147 Pierrepont Street
Brooklyn, NY 11201-2712

Attn: Ms. Lisa Famularo
U. S. Probation Officer

**RE: WEISS, MICHAEL**
**TRANSFER OF JURISDICTION**

Dear Chief Kelly:

Enclosed please find Probation Form 22, duly signed by our district, for further processing. Please return one signed original, for filing at our Clerk's Office. Should you require additional information, do not hesitate to contact the undersigned at (787)766-5596. Thank you for your attention in this matter.

Sincerely,

[signature] for:
Katherine Valentin
U.S. Probation Officer

jrg

Enclosures

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 3:12CR00922-18 |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Weiss<br>1817 Marine Parkway<br>Brooklyn, New York 11234 | Puerto Rico | |

NAME OF SENTENCING JUDGE: Juan M. Pérez-Giménez

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/10/2016 | 05/09/2019 |

OFFENSE

18: 1349, 1341, and 1343 - Conspiracy to commit mail and wire fraud. A class C felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Judiciary DISTRICT OF Puerto Rico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6-9-2016
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Judiciary DISTRICT OF Eastern New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*